# Schedule A

| Channel URL | Name | Infringement URL | Timestamp | Video Source | Source Timestamps | Videographer Name |
|---|---|---|---|---|---|---|
| https://www.youtube.com/@50MVideos | 50M Videos | https://www.youtube.com/watch?v=AQZ33X2Q2Ro | 8:14 - 8:17 | https://www.youtube.com/watch?v=-z_4M9Ei8Wo | 0:14 - 0:17 | Paul Smith |
| https://www.youtube.com/@50MVideos | 50M Videos | https://www.youtube.com/watch?v=JBGcLkR0i5s | 14.52 - 14.58 | https://www.youtube.com/watch?v=lsyvOYcWgcg | 2:18- 2:24 | Chris Tangey |
| https://www.youtube.com/@50MVideos | 50M Videos | https://www.youtube.com/watch?v=IF0_A01R4YM | 5.54 - 6.00 | https://www.facebook.com/watch/?ref=search&v=171061337452228&external_log_id=9e6ed560-ed15-4228-80e4-aff52f8f2ca6&q | 0:42 - 0:48 | News Media Network |
| https://www.youtube.com/@50MVideos | 50M Videos | https://www.youtube.com/watch?v=eAbBbFiFKgk | 2:43 - 2:46 | https://www.youtube.com/watch?v=Y-LPERIRHYA | 0:04 - 0:07 | Pecos Hank |
| https://www.youtube.com/@50MVideos | 50M Videos | https://www.youtube.com/watch?v=pO_mgk--LNs | 7:20 - 7:22 | https://www.youtube.com/watch?v=j00eaG0CHNE | 0:00 - 0:07 | Brandon Clement |
| https://www.youtube.com/@50MVideos | 50M Videos | https://www.youtube.com/watch?v=3ni69B7yFtQ | 9:50 - 9:53 | https://www.youtube.com/watch?v=Y-LPERIRHYA | 0:04 - 0:07 | Pecos Hank |
| https://www.youtube.com/@50MVideos | 50M Videos | https://www.youtube.com/watch?v=3ni69B7yFtQ | 6:23 - 6:27 | https://www.youtube.com/watch?v=njms4iu9q_8 | 0:58 - 1:07 | Daniel Shaw |
| https://www.youtube.com/@50MVideos | 50M Videos | https://www.youtube.com/watch?v=srlr0rYUG8Y | 8:04 - 8:23 | https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=227s&ab_channel=ReedTimmer | 2:50 - 3:06 | Reed Timmer |
| https://www.youtube.com/channel/@AmerikanoOfficial | Amerikano | https://www.youtube.com/watch?v=Ivel_-JWnHY | 4:23 - 4:27 | https://fb.watch/joeNS0CwuS/ | 1:03 - 1:07 | Reed Timmer |
| https://www.youtube.com/channel/@AmerikanoOfficial | Amerikano | https://www.youtube.com/watch?v=zr_QWJrLs58 | 20:06 - 20:10 | https://www.youtube.com/watch?v=IhoQ9JW_8vw | 0:00 - 0:04 | Reed Timmer |
| https://www.youtube.com/channel/@AmerikanoOfficial | Amerikano | https://www.youtube.com/watch?v=8LHQUfN9cpc | 7:11 - 7:16 | https://www.youtube.com/watch?v=hCFo0uSUdyE | 0:15- 0:20 | Reed Timmer |
| https://www.youtube.com/channel/@AmerikanoOfficial | Amerikano | https://www.youtube.com/watch?v=8LHQUfN9cpc | 4:17 - 4:20 | https://www.youtube.com/watch?v=E-8F5Jo8zSQ | 1:44 - 1:47 | Pecos Hank |
| https://www.youtube.com/channel/@AmerikanoOfficial | Amerikano | https://www.youtube.com/watch?v=Ivel_-JWnHY | 3:53 - 3:55 | https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=227s&ab_channel=ReedTimmer | 3:22 - 3:24 | Reed Timmer |
| https://www.youtube.com/channel/@AmerikanoOfficial | Amerikano | https://www.youtube.com/watch?v=Ivel_-JWnHY | 4:09 - 4:11 | https://youtu.be/4alm4Xm4oyE?feature=shared&t=82 | 1:18 - 121 | Mike Olbinski |
| https://www.youtube.com/channel/@AmerikanoOfficial | Amerikano | https://www.youtube.com/watch?v=zR_T7JKBjss | 13:17 - 13:20 | https://www.youtube.com/watch?v=GoaHmuhq5x8 | 0:30 - 0:33 | Adrien Mauduit |
| https://www.youtube.com/channel/@AmerikanoOfficial | Amerikano | https://www.youtube.com/watch?v=zR_T7JKBjss | 4:05 - 4:09 | https://www.youtube.com/watch?v=oagszCmJLpU&ab_channel=MikeOlbinski | 6:16 - 6:20 | Mike Olbinski |
| https://www.youtube.com/channel/@AmerikanoOfficial | Amerikano | https://www.youtube.com/watch?v=4kGh6cl4cgk | 3:42 - 3:53 | https://www.youtube.com/watch?v=wp8E_GANqgk | 0:15 - 0:22 | Reed Timmer |
| https://www.youtube.com/channel/@AmerikanoOfficial | Amerikano | https://www.youtube.com/watch?v=4kGh6cl4cgk | 7:57 - 8:01 | https://www.youtube.com/watch?v=al8yTiCVfro&fbclid=IwAR2DCHTZRDb2SnHEMmtJWYe6lG7-liearsvIluTm2EBCHBwREVRyF6vvF9E | 0:21 - 0:25 | Max Olson |
| https://www.youtube.com/channel/@AmerikanoOfficial | Amerikano | https://www.youtube.com/watch?v=eWk3ZSTV5xM | 17:21 - 17:25 | https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=227s&ab_channel=ReedTimmer | 3:30 - 0:34 | Reed Timmer |
| https://www.youtube.com/@dblnew | dblnews | https://www.youtube.com/watch?v=sBsFLdbKnO8 | 3:04-3:09 | https://www.youtube.com/watch?v=Qi1jdvtQP4c | 0:00 - 0:05 | Aaron Rigsby |
| https://www.youtube.com/@dblnew | dblnews | https://www.youtube.com/watch?v=IiLheDPbjz4 | 1:18-1:25 | https://youtu.be/nl4fbEJ9oEU?si=dfJoa_Hw_UB9EMnu&t=13 | 0:25 - 0:39 | Brandon Clement |
| https://www.youtube.com/@dblnew | dblnews | https://www.youtube.com/watch?v=VD-l0qdtKn8 | 1:09-1:25 | https://youtu.be/ONY9hRg0k_E?si=IqrdYNHMeCJK8YW1&t=97 | 1:33 - 1:55 | Brandon Clement |

| Channel URL | Name | Infringement URL | Timestamp | Video Source | Source Timestamps | Videographer Name |
|---|---|---|---|---|---|---|
| https://www.youtube.com/@dblnew | dblnews | https://www.youtube.com/watch?v=xyjYKI-41XE | 1:08-1:11 | https://www.youtube.com/watch?v=mWzxdgkLB4Q | 0:02 - 0:05 | Aaron Rigsby |
| https://www.youtube.com/@dblnew | dblnews | https://www.youtube.com/watch?v=X4x1Ydl8Yxg | 1:31-1:36 | https://youtu.be/lHDoHs-N5g8?si=qV6IYXTlhIJKMrsc&t=122 | 2:02 - 2:07 | Jordan Hall |
| https://www.youtube.com/@erstaunt1117 | ERSTAUNT! | https://www.youtube.com/watch?v=XWav-iybyxs | 4:25 - 4:30 | https://www.youtube.com/watch?v=uH9A-7Y3lL0&ab_channel=PecosHank | 0:20 - 0:25 | Pecos Hank |
| https://www.youtube.com/@erstaunt1117 | ERSTAUNT! | https://www.youtube.com/watch?v=J9wJQxJKwjE | 4:10 - 4:38 | https://www.youtube.com/watch?v=rq3lqckbt_E | 1:18 - 121 | Mike Olbinski |
| https://www.youtube.com/@erstaunt1117 | ERSTAUNT! | https://www.youtube.com/watch?v=J9wJQxJKwjE | 1:24 - 2:18 | https://www.youtube.com/watch?v=GJ73PaBgQTE&ab_channel=PaulMSmith%28Spritechaser.com%29 | no match | Paul Smith |
| https://www.youtube.com/@erstaunt1117 | ERSTAUNT! | https://www.youtube.com/watch?v=yvdhNkOj3Hw | 8:08 - 8:12 | https://www.youtube.com/watch?v=rq3lqckbt_E&ab_channel=MikeOlbinski | 0:09 - 0:13 | Mike Olbinski |
| https://www.youtube.com/@erstaunt1117 | ERSTAUNT! | https://www.youtube.com/watch?v=ADDuI7M8qx0 | 8:51 - 9:13 | https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4397fcf3-8810-4214-ad20-80972875ccd2&q=lava%20gate%20mustang | 2:22 - 2:44 | Brandon Clement |
| https://www.youtube.com/@erstaunt1117 | ERSTAUNT! | https://www.youtube.com/watch?v=gI7kQLaseH0 | 8:14 - 8:20 | https://www.youtube.com/watch?v=S4bNQBOIOhk | 2:00 - 2:06 | Paul Smith |
| https://www.youtube.com/@erstaunt1117 | ERSTAUNT! | https://www.youtube.com/watch?v=XWav-iybyxs | 10:12 - 10:18 | https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=227s&ab_channel=ReedTimmer | 3:06 - 3:12 | Reed Timmer |
| https://www.youtube.com/@FULLTOPS | FULL TOP'S | https://www.youtube.com/watch?v=ahYVryMYT4M | 2:06 - 2:11 | https://www.youtube.com/watch?v=66Yte03B3Lo | 2:18- 2:24 | Chris Tangey |
| https://www.youtube.com/@FULLTOPS | FULL TOP'S | https://www.youtube.com/watch?v=o3nJrsn-Z-Q | :23-:56 | https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=191s&ab_channel=ReedTimmer | 1:21 - 1:47 | Reed Timmer |
| https://www.youtube.com/@FULLTOPS | FULL TOP'S | https://www.youtube.com/watch?v=7Oa78s4zmyg | 2:11-2:15 | https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4397fcf3-8810-4214-ad20-80972875ccd2&q=lava%20gate%20mustang | 2:31 | Brandon Clement |
| https://www.youtube.com/@FULLTOPS | FULL TOP'S | https://www.youtube.com/watch?v=MpEtc-Wizjs | 5:25 - 5:30 | https://www.youtube.com/watch?v=ic7P9fz3yYQ | 3:06 - 3:12 | Reed Timmer |
| https://www.youtube.com/@HowToSurviveShow | How to Survive | https://www.youtube.com/watch?v=LAATySw3Zmk | 2:54 - 3:00 | https://www.youtube.com/watch?v=oagszCmJLpU&ab_channel=MikeOlbinski | 1:20 - 1:26 | Mike Olbinski |
| https://www.youtube.com/@HowToSurviveShow | How to Survive | https://www.youtube.com/watch?v=RoWSQmwqz00 | 2:31 - 2:36 | https://www.youtube.com/watch?v=u_kkpFXEUaA&ab_channel=ReedTimmer | 11:20 - 11:25 | Reed Timmer |
| https://www.youtube.com/@HowToSurviveShow | How to Survive | https://www.youtube.com/watch?v=RoWSQmwqz00 | :22 - :25 | https://www.youtube.com/watch?v=GOgXumgTUQA | 0:20 - 0:23 | Pecos Hank |
| https://www.youtube.com/@HowToSurviveShow | How to Survive | https://www.youtube.com/watch?v=fzS-vqmTyEA | 1:30 - 1:36 | https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=227s&ab_channel=ReedTimmer | 3:43 - 3:45 | Reed Timmer |

| Channel URL | Name | Infringement URL | Timestamp | Video Source | Source Timestamps | Videographer Name |
|---|---|---|---|---|---|---|
| https://www.youtube.com/@HowToSurviveShow | How to Survive | https://www.youtube.com/watch?v=fzS-vqmTyEA | :27 - :31 | https://www.youtube.com/watch?v=rjCMX6g0cvY | 0:05 - 0:08 | Brian Emfinger |
| https://www.youtube.com/@HowToSurviveShow | How to Survive | https://www.youtube.com/watch?v=fzS-vqmTyEA | 1:11 - 1:22 | https://www.youtube.com/watch?v=ZaL1fldTEAk | 2:04 - 2:11 | Brandon Clement |
| https://www.youtube.com/@HowToSurviveShow | How to Survive | https://www.youtube.com/watch?v=Phx6pPJGURA | 1:23 - 1:28 | https://www.youtube.com/watch?v=ic7P9fz3yYQ | 2:48 - 3:17 | Reed Timmer |
| https://www.youtube.com/@HowToSurviveShow | How to Survive | https://www.youtube.com/watch?v=Phx6pPJGURA | 2:20 - 2:38 | https://www.youtube.com/watch?v=y73ZVT56Sz4 | 2:11 - 2:14 | Pecos Hank |
| https://www.youtube.com/@HowToSurviveShow/videos | How to Survive | https://www.youtube.com/watch?v=jRlkOU0g9kM | 00:00 - 00:05 | https://www.youtube.com/watch?v=JkDBmsGIG7U | 2:07 - 2:11 | Mike Olbinski |
| https://www.youtube.com/@Huguitoo/videos | Huguitoo | https://www.youtube.com/watch?v=QTmMeGwHTi4 | 0:21 - 0:23 | https://www.youtube.com/watch?v=rjCMX6g0cvY | 0:02 - 0:05 | Brian Emfinger |
| https://www.youtube.com/@Huguitoo/videos | Huguitoo | https://www.youtube.com/watch?v=ZiHtskBqaFY | 0:19 - 0:21 | https://www.youtube.com/watch?v=acgduoio7-I | 0:45 - 0:48 | Pecos Hank |
| https://www.youtube.com/@Huguitoo/videos | Huguitoo | https://www.youtube.com/watch?v=uwXnac3VkT0 | 0:09 - 0:12 | https://www.youtube.com/watch?v=JkDBmsGIG7U | 1:33 - 1:36 | Mike Olbinski |
| https://www.youtube.com/@Huguitoo/videos | Huguitoo | https://www.youtube.com/watch?v=nPlp_gltFEM | 1:36 - 1:44 | https://www.youtube.com/watch?v=P_qG-dtvKWg | 3:19 - 3:27 | Reed Timmer |
| https://www.youtube.com/@Huguitoo/videos | Huguitoo | https://www.youtube.com/watch?v=_zboyJp20CA | 0:54 - 0:59 | https://www.youtube.com/watch?v=CSn5FP1c1AQ | 3:22 - 3:27 | Pecos Hank |
| https://www.youtube.com/@Huguitoo/videos | Huguitoo | https://www.youtube.com/watch?v=_zboyJp20CA | 0:00 - 0:04 | https://www.youtube.com/watch?v=ii46SWfIrZA | 2:45 - 2:49 | Aaron Jayjack |
| https://www.youtube.com/@Huguitoo/videos | Huguitoo | https://www.youtube.com/watch?v=pFWnMxeEPkA | 0:39 - 0:41 | https://www.youtube.com/watch?v=Vh4134GgV6c | 5:10 - 5:12 | Daniel Shaw |
| https://www.youtube.com/@Huguitoo/videos | Huguitoo | https://www.youtube.com/watch?v=pFWnMxeEPkA | 0:10 - 0:13 | https://www.youtube.com/watch?v=z550VV4EDl0 | 2:51 - 2:54 | Tanner Charles Schaaf |
| https://www.youtube.com/@Huguitoo | Huguitoo | https://www.youtube.com/watch?v=pFWnMxeEPkA | 0:14 - 0:25 | https://www.youtube.com/watch?v=LRY0TDVH2r4 | 1:19 - 1:30 | Reed Timmer |
| https://www.youtube.com/@Huguitoo | Huguitoo | https://www.youtube.com/watch?v=FvZG1Pc7nw0 | 0:48 - 0:56 | https://www.youtube.com/watch?v=P_qG-dtvKWg | 3:16 - 3:24 | Reed Timmer |
| https://www.youtube.com/@Huguitoo | Huguitoo | https://www.youtube.com/watch?v=d39hpSc6jBc | 0:05-0:10 | https://www.youtube.com/watch?v=T3yF5-OsijM | 3:36 - 4:11 | Reed Timmer |
| https://www.youtube.com/@Huguitoo | Huguitoo | https://www.youtube.com/watch?v=-jsX2A7agYY | 0:09 - 0:22 | https://www.youtube.com/watch?v=Gl6_R2bWzW8 | :21 - :34 | Reed Timmer |
| https://www.youtube.com/@Huguitoo | Huguitoo | https://www.youtube.com/watch?v=cNpf99cxZJo | 1:18 - 1:22 | https://www.youtube.com/watch?v=al8yTiCVfro&t=24s&ab_channel=MaxOlsonChasing | :25 - :29 | Max Olson |
| https://www.youtube.com/@kabirconsiders/videos | Kabir Considers | https://www.youtube.com/watch?v=k_IWIQsEQrs | 18.02 - 18.40 | https://www.youtube.com/watch?v=0GnAuUfOPus | 8:48-9:26 | Daniel Shaw |
| https://www.youtube.com/@kabirconsiders/videos | Kabir Considers | https://www.youtube.com/watch?v=b3CHUZKHMPM | 1:31-1:35 | https://www.youtube.com/watch?v=wGGC1KAjN-0 | :42-46 | Brandon Clement |
| https://www.youtube.com/@kabirconsiders/videos | Kabir Considers | https://www.youtube.com/watch?v=NcYq5DzNeDQ | 12:14 - 12:24 | https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4397fcf3-8810-4214-ad20-80972875ccd2&q=lava%20gate%20mustang | 2:31 - 2:41 | Brandon Clement |
| https://www.youtube.com/@kabirconsiders/videos | Kabir Considers | https://www.youtube.com/watch?v=gcHXVFS3rA4 | 1:13 - 9:11 | https://www.facebook.com/watch/?v=1523422464783132&ref=sharing | :04 - 8:07 | Reed Timmer |

| Channel URL | Name | Infringement URL | Timestamp | Video Source | Source Timestamps | Videographer Name |
|---|---|---|---|---|---|---|
| https://www.youtube.com/@kabirconsiders/videos | Kabir Considers | https://www.youtube.com/watch?v=Lxp5Ep-FqQg | :47 - 5:46 | https://www.youtube.com/watch?v=rjCMX6g0cvY&t=0s&ab_channel=BrianEmfinger | :00 - 4:57 | Brian Emfinger |
| https://www.youtube.com/@kabirconsiders/videos | Kabir Considers | https://www.youtube.com/watch?v=gSmJ2aIAl7M | :48 - 6:21 | https://www.youtube.com/watch?v=ic7P9fz3yYQ&ab_channel=ReedTimmer | 1:19-6:04 | Reed Timmer |
| https://www.youtube.com/@kabirconsiders/videos | Kabir Considers | https://www.youtube.com/watch?v=WHV0vlVH7A8 | :43 - 3:00 | https://fb.watch/joeNS0CwuS/ | :00-:2:17 | Reed Timmer |
| https://www.youtube.com/@lavluka6210 | Lav Luka | https://www.youtube.com/watch?v=pBecjJJebSE | :10 - 5:35 | https://www.youtube.com/watch?v=Pqo73abwcGI&ab_channel=MaxOlsonChasing | :02-5:37 | Max Olson |
| https://www.youtube.com/@lavluka6210 | Lav Luka | https://www.youtube.com/watch?v=tUWLxC8D4Mg | 12:52 - 13:16 | https://www.youtube.com/watch?v=FHw33ne7nfg&ab_channel=LiveStormsMedia | :00-24 | Max Olson |
| https://www.youtube.com/@lavluka6210 | Lav Luka | https://www.youtube.com/watch?v=QymX6Xh7ltY | 5:39 - 19:57 | https://www.youtube.com/watch?v=-Kou0HBpX4A | :00-14:16 | Mike Theiss |
| https://www.youtube.com/@lavluka6210 | Lav Luke | https://www.youtube.com/watch?v=zOVGUyG9vZc | 8:30-8:38 | https://www.youtube.com/watch?v=Pvq-mOASuSk&ab_channel=LiveStormsMedia | :32-:40 | Brett Adair |
| https://www.youtube.com/@LMERicoTv | LMERicoTV | https://www.youtube.com/watch?v=GHjA7wuoL7A | 1:38 - 39:10 | https://www.youtube.com/watch?v=gMws8ueXJ7U&ab_channel=PecosHank | 00-19:57 | Pecos Hank |
| https://www.youtube.com/@LMERicoTv | LMERicoTV | https://www.youtube.com/watch?v=UNq2ca5u17o | 1:40 - 9:05 | https://www.youtube.com/watch?v=y73ZVT56Sz4 | :00-2:47 | Pecos Hank |
| https://www.youtube.com/@LMERicoTv | LMERicoTV | https://www.youtube.com/watch?v=fUElq5BSoCM | 1:18 - 19:03 | https://www.youtube.com/watch?v=oWIx3Erswh8 | :00-11:52 | Pecos Hank |
| https://www.youtube.com/@LMERicoTv | LMERicoTV | https://www.youtube.com/watch?v=fimiweLZHs4 | 1:42 - 34:14 | https://www.youtube.com/watch?v=VyUL8161wUE&ab_channel=PecosHank | :00-20:33 | Pecos Hank |
| https://www.youtube.com/@looknowtv | looknowtv | https://www.youtube.com/watch?v=ZmqCaPAwJic | 8.46 - 8.54 | https://www.youtube.com/watch?v=IsyvOYcWgcg | 0:25 - 0:46 | Chris Tangey |
| https://www.youtube.com/@looknowtv | looknowtv | https://www.youtube.com/watch?v=AB7-m6WMMUY | 2:14 - 2:43 | https://www.youtube.com/watch?v=eDK-EJPM_e4 | 2:05 - 3:07 | Reed Timmer |
| https://www.youtube.com/@looknowtv | looknowtv | https://www.youtube.com/watch?v=T4grjZWRS5c | 6:25 - 6:51 | https://www.youtube.com/watch?v=ic7P9fz3yYQ | 3:00 - 5:54 | Reed Timmer |
| https://www.youtube.com/@looknowtv | looknowtv | https://www.youtube.com/watch?v=AB7-m6WMMUY | 0:18 - :20 | https://www.youtube.com/watch?v=5T1MrSNhg08 | 7:40 - 7:50 | Daniel Robinson |
| https://www.youtube.com/@looknowtv | looknowtv | https://www.youtube.com/watch?v=T4grjZWRS5c | 9:09 - 9:41 | https://www.youtube.com/watch?v=5T1MrSNhg08 | 6:56 - 8:36 | Daniel Robinson |
| https://www.youtube.com/@looknowtv | looknowtv | https://www.youtube.com/watch?v=p8xjpLB5XrU | 4:21 - 5:18 | https://www.youtube.com/watch?v=TqJpBvyCeDk | 0:00 - 2:13 | Reed Timmer |
| https://www.youtube.com/@looknowtv | looknowtv | https://www.youtube.com/watch?v=AB7-m6WMMUY | 3:49 - 4.06 | https://www.youtube.com/watch?v=CA5rSFWGy4E | 0:12 - 0:29 | Pecos Hank |
| https://www.youtube.com/@michelle_mana | Michelle Mana | https://www.youtube.com/watch?v=zK4BIn99VzI | 23:46 - 24:02 | https://www.youtube.com/watch?v=Q7X3fyId2U0 | 3:00 - 3:09 | Pecos Hank |
| https://www.youtube.com/@michelle_mana | Michelle Mana | https://www.youtube.com/watch?v=Rq82dsFok1E | 10:32 - 12:34 | https://www.youtube.com/watch?v=LwE0hdBTUnM | 0:00 - 0:54 | Brandon Ivey |
| https://www.youtube.com/@michelle_mana | Michelle Mana | https://www.youtube.com/watch?v=Rq82dsFok1E | 39:38 - 40:44 | https://www.youtube.com/watch?v=HNC0-8cRI2Y | 0:00 - 10:55 | Reed Timmer |
| https://www.youtube.com/@michelle_mana | Michelle Mana | https://www.youtube.com/watch?v=Rq82dsFok1E | 22:10 - 34:30 | https://www.youtube.com/watch?v=ic7P9fz3yYQ | 1:26 - 4:07 | Reed Timmer |

| Channel URL | Name | Infringement URL | Timestamp | Video Source | Source Timestamps | Videographer Name |
|---|---|---|---|---|---|---|
| https://www.youtube.com/@michelle_mana | Michelle Mana | https://www.youtube.com/watch?v=rC8JAQ-kMGo | 3:21 -3:30 | https://www.youtube.com/watch?v=QhM3akdq6q0 | 0:37 - 0:48 | Pecos Hank |
| https://www.youtube.com/@mindboggler | Mind Boggler | https://www.youtube.com/watch?v=6xI2bpQ4Iow | 4:03 - 4:07 | https://www.youtube.com/watch?v=bI-dO7RI3lE | 0:05 - 0:09 | Reed Timmer |
| https://www.youtube.com/@mindboggler | Mind Boggler | https://www.youtube.com/watch?v=WQOtqqH9HIs | 3:38 - 3:43 | https://www.youtube.com/watch?v=bI-dO7RI3lE | 0:09 - 0:14 | Reed Timmer |
| https://www.youtube.com/@mindboggler | Mind Boggler | https://www.youtube.com/watch?v=-mGuBvFaNUo | 10:17 - 10:22 | https://www.youtube.com/watch?v=e2wbn3ivHwc | 1:27 - 1:32 | Pecos Hank |
| https://www.youtube.com/@mindboggler | Mind Boggler | https://www.youtube.com/watch?v=-d3dbBqYKAw | 3:48 - 3:53 | https://www.youtube.com/watch?v=bI-dO7RI3lE | 3:40 - 3:47 | Reed Timmer |
| https://www.youtube.com/@mindboggler | Mind Boggler | https://www.youtube.com/watch?v=0HWNe-ThrUc | 5:07 - 5:11 | https://www.youtube.com/watch?v=S2EUBpPescY | 0:36 - 0:40 | Brandon Clement |
| https://www.youtube.com/@mindboggler | Mind Boggler | https://www.youtube.com/watch?v=CbSRwIBxNjo | 1:14 - 1:22 | https://www.youtube.com/watch?v=bI-dO7RI3lE | 0:23 - 0:31 | Reed Timmer |
| https://www.youtube.com/@mindboggler | Mind Boggler | https://www.youtube.com/watch?v=urw1hZ7iQfM | 22:33 - 22:38 | https://www.youtube.com/watch?v=ic7P9fz3yYQ&ab_channel=ReedTimmer | 3:34 - 3:39 | Reed Timmer |
| https://www.youtube.com/@Mrhandfriends | Mr H and Friends | https://www.youtube.com/watch?v=aEkAfGqux-0 | 0:46 - 9:26 | https://fb.watch/joeNS0CwuS/ | 0:00 - 9:03 | Reed Timmer |
| https://www.youtube.com/@Mrhandfriends | Mr H and Friends | https://www.youtube.com/watch?v=1byfsrIuoj8 | :33 - 11:24 | https://www.youtube.com/watch?v=WwPj-xjuJ6o&ab_channel=PecosHank | 0:00 - 9:30 | Pecos Hank |
| https://www.youtube.com/@Mrhandfriends | Mr H and Friends | https://www.youtube.com/watch?v=wupoQQrmjv0 | 1:14 - 15:19 | https://www.youtube.com/watch?v=oWIx3Erswh8&t=13s&ab_channel=PecosHank | 0:00 - 11:52 | Pecos Hank |
| https://www.youtube.com/@Mrhandfriends | Mr H and Friends | https://www.youtube.com/watch?v=l6-d14yIHuM | :43 - 22:23 | https://www.youtube.com/watch?v=gMws8ueXJ7U&t=29s&ab_channel=PecosHank | 0:00 - 19:37 | Pecos Hank |
| https://www.youtube.com/@Quepasaria | Qué pasaría si - What If | https://www.youtube.com/watch?v=zYsEGI5qFag | 3:58 - 4:02 | https://www.youtube.com/watch?v=oagszCmJLpU | 3:40 - 3:43 | Mike Olbinski |
| https://www.youtube.com/@Quepasaria | Qué pasaría si - What If | https://www.youtube.com/watch?v=FCJ8c38vy6A | 3:02 - 3:07 | https://www.youtube.com/watch?v=3Qu9wR03GVA | 1:07 - 1:16 | Reed Timmer |
| https://www.youtube.com/@Quepasaria | Qué pasaría si - What If | https://www.youtube.com/watch?v=FCJ8c38vy6A | 00:27 - 00:31 | https://www.youtube.com/watch?v=Gfr8MExtDYI | 10:10 - 10:15 | Pecos Hank |
| https://www.youtube.com/@Quepasaria | Qué pasaría si - What If | https://www.youtube.com/watch?v=bS7TmyNp4P4 | 00:58 - 1:03 | https://www.youtube.com/watch?v=E-8F5Jo8zSQ&ab_channel=PecosHank | 01:25 - 1:30 | Pecos Hank |
| https://www.youtube.com/@Quepasaria | Qué pasaría si - What If | https://www.youtube.com/watch?v=bS7TmyNp4P4 | 2:43 - 2:51 | https://www.youtube.com/watch?v=sVDh1M1nGrA&ab_channel=PecosHank | 2:39 - 2:47 | Pecos Hank |
| https://www.youtube.com/@Quepasaria | Qué pasaría si - What If | https://www.youtube.com/watch?v=rBFaX-gQVwo | 2:04 - 2:10 | https://www.youtube.com/watch?v=08pjMHKCvxo | 1:26 - 1:32 | Pecos Hank |
| https://www.youtube.com/@Reckyj | Recky | https://www.youtube.com/watch?v=CFuKiKTOcsU | 1:13 - 8:14 | https://fb.watch/m0iDNpOCTi/ | 0:00 - 6:33 | Aaron Jayjack |
| https://www.youtube.com/@Reckyj | Recky | https://www.youtube.com/watch?v=pAUyggWIwPs | 1:30 - 12:18 | https://www.youtube.com/watch?v=z550VV4EDl0&ab_channel=TannerCharles | 0:00 - 8:59 | Tanner Charles Schaaf |
| https://www.youtube.com/@Reckyj | Recky | https://www.youtube.com/watch?v=FOXveJoR9kY | 2:51 - 12:08 | https://fb.watch/joeNS0CwuS/ | 0:00 - 9:03 | Reed Timmer |
| https://www.youtube.com/@Reckyj | Recky | https://www.youtube.com/watch?v=-kQhXiNmyoY | 2:07 - 45:33 | https://www.youtube.com/watch?v=C_Cu2YfpW_Y&t=0s&ab_channel=TexasStormChasers | 0:00 - 39:25 | Stephen Jones |

| Channel URL | Name | Infringement URL | Timestamp | Video Source | Source Timestamps | Videographer Name |
|---|---|---|---|---|---|---|
| https://www.youtube.com/@Reckyj | Recky | https://www.youtube.com/watch?v=LJmTXpCjn0Y | 1:52 - 15:19 | https://www.youtube.com/watch?v=tGPQ5kzJ9Tg&ab_channel=PecosHank | 0:00 - 10:52 | Pecos Hank |
| https://www.youtube.com/@Reckyj | Recky | https://www.youtube.com/watch?v=EuczkZLZT10 | 2:16 - 12:58 | https://www.youtube.com/watch?v=Q7X3fyId2U0&ab_channel=PecosHank | 0:00 - 8:23 | Pecos Hank |
| https://www.youtube.com/@ThatneGuy | That0neGuy2125 | https://www.youtube.com/watch?v=r47KSRc2TFI | 2:12 - 15:12 | https://www.youtube.com/watch?v=TKiLgVoA9i8 | 0:00 - 10:02 | Pecos Hank |
| https://www.youtube.com/@ThatneGuy | That0neGuy2125 | https://www.youtube.com/watch?v=dYzNNCKARnY | :28 - 14:06 | https://www.youtube.com/watch?v=oWIx3Erswh8&ab_channel=PecosHank | 0:00 - 11:52 | Pecos Hank |
| https://www.youtube.com/@ThatneGuy | That0neGuy2125 | https://www.youtube.com/watch?v=vjG1ZreKDFg | :23 - 13:16 | https://www.youtube.com/watch?v=VsxFw1Ulp2A&ab_channel=PecosHank | 0:00 - 11:39 | Pecos Hank |
| https://www.youtube.com/@ThatneGuy | That0neGuy2125 | https://www.youtube.com/watch?v=S1qwLNpAYIc | 1:50 - 21:48 | https://www.youtube.com/watch?v=JtXPVxxiXqk&ab_channel=PecosHank | 0:00 - 17:42 | Pecos Hank |
| https://www.youtube.com/@TheBeesleys99 | The Beesleys | https://www.youtube.com/watch?v=r-I5QEuPKdk | :00 - 12:44 | https://www.youtube.com/watch?v=IxdFh8nYMgM&ab_channel=ReedTimmer | 0:00 - 9:03 | Reed Timmer |
| https://www.youtube.com/@TheBeesleys99 | The Beesleys | https://www.youtube.com/watch?v=oPt4ImgvMQM | :00 - 14:27 | https://www.youtube.com/watch?v=oWIx3Erswh8&ab_channel=PecosHank | 0:00 - 11:52 | Pecos Hank |
| https://www.youtube.com/@TheBeesleys99 | The Beesleys | https://www.youtube.com/watch?v=GNxUMWzCCos | :00 - 14:27 | https://www.youtube.com/watch?v=oWIx3Erswh8&ab_channel=PecosHank | 0:00 - 11:52 | Pecos Hank |
| https://www.youtube.com/@TheBeesleys99 | The Beesleys | https://www.youtube.com/watch?v=waUpfj2afkg | 1:25 - 12:25 | https://www.youtube.com/watch?v=Q7X3fyId2U0&t=99s&ab_channel=PecosHank | 0:00 - 8:23 | Pecos Hank |
| https://www.youtube.com/@TheFancyBanana1 | The Fancy Banana | https://www.youtube.com/watch?v=mu853cClw_s | 23:35 - 23:40 | https://www.youtube.com/watch?v=ic7P9fz3yYQ | 03:31 - 03:40 | Reed Timmer |
| https://www.youtube.com/@TheFancyBanana1 | The Fancy Banana | https://www.youtube.com/watch?v=nf_yxFchJzg | 6:51 - 6:54 | https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=227s&ab_channel=ReedTimmer | 3:20 - 3:26 | Reed Timmer |
| https://www.youtube.com/@TheFancyBanana1 | The Fancy Banana | https://www.youtube.com/watch?v=fcmeYBUr46U | 28:02 - 28:06 | https://www.youtube.com/watch?v=al8yTiCVfro&fbclid=IwAR2DCHTZRDb2SnHEMmtJWYe6lG7-liearsvlluTm2EBCHBwREVRyF6vvF9E | 0:28 - 0:32 | Max Olson |
| https://www.youtube.com/@TheFancyBanana1 | The Fancy Banana | https://www.youtube.com/watch?v=b7T84-aR7P0 | 5:18 - 5:22 | https://youtu.be/kd6Lae_zNXc | 0:02 - 0:08 | Brian Emfinger |
| https://www.youtube.com/@TheFancyBanana1 | The Fancy Banana | https://www.youtube.com/watch?v=5GUxRUrOOo8 | 13:42 - 13:45 | https://fb.watch/joeNS0CwuS/ | 0:05 - 0:09 | Reed Timmer |
| https://www.youtube.com/@TheFinestX | The Finest | https://www.youtube.com/watch?v=ZI1Ob4ozEmM | 7:15 - 7:27 | https://www.youtube.com/watch?v=ic7P9fz3yYQ | 5:25 - 5:47 | Reed Timmer |
| https://www.youtube.com/@TheFinestX | The Finest | https://www.youtube.com/watch?v=ayasCHBkFWM | 11:12 - 11:16 | https://www.youtube.com/watch?v=U-atO0ZrGEw | 1:00 - 1:10 | Brandon Clement |
| https://www.youtube.com/@TheFinestX | The Finest | https://www.youtube.com/watch?v=ZGK4dpTcHGY | 18:19 - 18:22 | https://www.youtube.com/watch?v=Y-LPERlRHYA | 0:36 - 0:40 | Pecos Hank |
| https://www.youtube.com/@TheFinestX | The Finest | https://www.youtube.com/watch?v=35Cil4tr4b0 | 7:16 -7:19 | https://www.youtube.com/watch?v=E-8F5Jo8zSQ | 7:35 - 7:40 | Pecos Hank |
| https://www.youtube.com/@TheFinestX | The Finest | https://www.youtube.com/watch?v=NVovV8xhAk4 | 20:00 - 20:09 | https://www.youtube.com/watch?v=ZT8p54BBj-8 | 0:23 - 0:30 | Tanner Charles Schaaf |

| Channel URL | Name | Infringement URL | Timestamp | Video Source | Source Timestamps | Videographer Name |
|---|---|---|---|---|---|---|
| https://www.youtube.com/@TheFinestX | The Finest | https://www.youtube.com/watch?v=9CkyL-o90x0 | 15:11 - 15:14 | https://www.youtube.com/watch?v=Y-LPERIRHYA | 0:36 - 0:40 | Pecos Hank |
| https://www.youtube.com/@TheFinestX | The Finest | https://www.youtube.com/watch?v=-huPoqmOkmU | 13:46 - 13:49 | https://www.youtube.com/watch?v=0lDo6iK8npU&ab_channel=MikeOlbinski | 03:11 - 03:14 | Mike Olbinski |
| https://www.youtube.com/@TheFinestX | The Finest | https://www.youtube.com/watch?v=9CkyL-o90x0 | 6:27 - 6:31 | https://www.youtube.com/watch?v=-vr_VTqs1eE | 0:08 - 0:12 | Pecos Hank |
| https://www.youtube.com/@-therageoftheearth- | The Rage of the Earth | https://www.youtube.com/watch?v=KIM2XneY1SM | 6:55 - 7:01 | https://www.youtube.com/watch?v=cP2F_NCLNRQ | 0:33 - 0:39 | Michael Beard |
| https://www.youtube.com/@-therageoftheearth- | The Rage of the Earth | https://www.youtube.com/watch?v=fNmiqVeNIaA | 5:32-6:07 | https://youtu.be/wWKS-kitlMM?si=GG5cSdGl6TNW9aq6&t=30 | 0:30 - 2:08 | Jonathan Petramala |
| https://www.youtube.com/@-therageoftheearth- | The Rage of the Earth | https://www.youtube.com/watch?v=J8LCjy9LC2M | 2:53-2:56 | https://www.youtube.com/watch?v=qEqMZn5gAQA&t=11s | 0:11 - 0:14 | Brandon Clement |
| https://www.youtube.com/@-therageoftheearth- | The Rage of the Earth | https://www.youtube.com/watch?v=MAeD_WD2Q_I | Thumb | https://www.facebook.com/photo?fbid=3021988801270639&set=a.626629004139976 | PHOTO | Matt Zuro |
| https://www.youtube.com/@TheScaryCherry | The Scary Cherry | https://www.youtube.com/watch?v=NBEcFHHVfwY | 6:31 - 6:35 | https://www.youtube.com/watch?v=ic7P9fz3yYQ | 3:22 - 3:26 | Reed Timmer |
| https://www.youtube.com/@TheScaryCherry | The Scary Cherry | https://www.youtube.com/watch?v=R6oyo-5umyo | 4:34 - 4:38 | https://www.youtube.com/watch?v=zWlePUUnm1o | 0:56 - 1:00 | Adrien Mauduit |
| https://www.youtube.com/@TheScaryCherry | The Scary Cherry | https://www.youtube.com/watch?v=ntfEz7GW44k | 16:57 - 16:59 | https://www.youtube.com/watch?v=-Kou0HBpX4A&ab_channel=UltimateChase | 0:15 - 0:18 | Mike Theiss |
| https://www.youtube.com/@TheScaryCherry | The Scary Cherry | https://www.youtube.com/watch?v=P07I3Gfv-mI | 10:55 - 11:00 | https://youtu.be/V19DmeniSdE | 7:54 - 8:00 | Adam Lucio |
| https://www.youtube.com/@TheScaryCherry | The Scary Cherry | https://www.youtube.com/watch?v=9tgsXsDw2Go | 25:03 - 25:05 | https://www.youtube.com/watch?v=LLK6z0PMVF4&ab_channel=ReedTimmer | 1:04 - 1:07 | Reed Timmer |
| https://www.youtube.com/@TheScaryCherry | The Scary Cherry | https://www.youtube.com/watch?v=RKxu4Vp7P7c | 14:13 - 14:16 | https://www.youtube.com/watch?v=LLK6z0PMVF4&ab_channel=ReedTimmer | 0:12 - 0:15 | Reed Timmer |
| https://www.youtube.com/@TheScaryCherry | The Scary Cherry | https://www.youtube.com/watch?v=P07I3Gfv-mI | 28:05 - 28:09 | https://www.youtube.com/watch?v=66Yte03B3Lo&t=203s&ab_channel=ChrisTangey | 3:21 - 3:30 | Chris Tangey |
| https://www.youtube.com/@TheScaryCherry | The Scary Cherry | https://www.youtube.com/watch?v=aHkl_OG8MTA | 27:10 - 27:15 | https://youtu.be/njms4iu9q_8 | 0:25 - 0:31 | Daniel Shaw |
| https://www.youtube.com/@theUNBELIEVABLEx | The UNBELIEVABLE | https://www.youtube.com/watch?v=hO_9Mi8e1h0 | 1:47 - 1:57 | https://www.youtube.com/watch?v=C560H25Dvdc | 2:17 - 2:32 | Reed Timmer |
| https://www.youtube.com/@theUNBELIEVABLEx | The UNBELIEVABLE | https://www.youtube.com/watch?v=mmvv6ro2Dy8 | :00 - :09 | https://fb.watch/joeZyHWka-/ | 0:00 - 0:09 | Reed Timmer |
| https://www.youtube.com/@theUNBELIEVABLEx | The UNBELIEVABLE | https://www.youtube.com/watch?v=dQ48UUtyhqc | Thumbnail | https://www.youtube.com/watch?v=y73ZVT56Sz4 | 1:05 - 1:12 | Pecos Hank |
| https://www.youtube.com/@theUNBELIEVABLEx | The UNBELIEVABLE | https://www.youtube.com/watch?v=PxHGb6yXQh4 | 1:40 - 1:46 | https://www.youtube.com/watch?v=OjJCsMm8k08 | 0:37 - 0:46 | Max Olson |
| https://www.youtube.com/@Top5best | Top 5 Best | https://www.youtube.com/watch?v=TZVjZgEWz7k | 7.29 - 7.33 | https://www.youtube.com/watch?v=-Kou0HBpX4A& | 1:19 - 1:23 | Mike Theiss |
| https://www.youtube.com/@Top5best | Top 5 Best | https://www.youtube.com/watch?v=_yx-lle6HQ4 | 17.39 - 17.53 | https://fb.watch/joeNS0CwuS/ | 0:03 - 0:17 | Reed Timmer |
| https://www.youtube.com/@Top5best | Top 5 Best | https://www.youtube.com/watch?v=SAuS_u2TdZU | 2.45 - 3.03 | https://fb.watch/joeNS0CwuS/ | 0:08 - 0:26 | Reed Timmer |
| https://www.youtube.com/@Top5best | Top 5 Best | https://www.youtube.com/watch?v=fh5oC3m5z5w | 0:25 - 0:28 | https://www.youtube.com/watch?v=ii46SWfIrZA&t=155s&ab_channel=JayjackStormTrax | 2:41 - 2:45 | Aaron Jayjack |
| https://www.youtube.com/@wewinusa | WEWIN | https://www.youtube.com/watch?v=2ed0iV16HCY | Thumbnail | https://www.youtube.com/watch?v=y73ZVT56Sz4 | 1:05 - 1:12 | Pecos Hank |

| Channel URL | Name | Infringement URL | Timestamp | Video Source | Source Timestamps | Videographer Name |
|---|---|---|---|---|---|---|
| https://www.youtube.com/@wewinusa | WEWIN | https://www.youtube.com/watch?v=lySjC82Kopc | Thumbnail | https://www.youtube.com/watch?v=al8yTiCVfro | :33 - :35 | Max Olson |
| https://www.youtube.com/@wewinusa | WEWIN | https://www.youtube.com/watch?v=itUq8lnzbZo | 5:10 - 5:24 | https://fb.watch/joeNS0CwuS/ | 0:04 - 0:19 | Reed Timmer |
| https://www.youtube.com/@wewinusa | WEWIN | https://www.youtube.com/watch?v=J89FEF6202A | 0:07 - 0:10 | https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4397fcf3-8810-4214-ad20-80972875ccd2&q=lava%20gate%20mustang | 0:21 - 0:25 | Brandon Clement |
| https://www.youtube.com/@wewinusa | WEWIN | https://www.youtube.com/watch?v=ab60MiLFTtU | 0:05 - 0:10 | https://fb.watch/joeNS0CwuS/ | 0:06 - 0:11 | Reed Timmer |
| https://www.youtube.com/@wewinusa | WEWIN | https://www.youtube.com/watch?v=0VCPUAFPza0 | 2:48 - 3:04 | https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4397fcf3-8810-4214-ad20-80972875ccd2&q=lava%20gate%20mustang | 2:31 - 4:06 | Brandon Clement |
| https://www.youtube.com/@wewinusa | WEWIN | https://www.youtube.com/watch?v=xoztKVLhdsw | 14:35 - 14:41 | https://www.youtube.com/watch?v=ic7P9fz3yYQ | 4:25 - 4:31 | Reed Timmer |
| https://www.youtube.com/@wewinusa | WEWIN | https://www.youtube.com/watch?v=xoztKVLhdsw | 5:55 - 6:17 | https://www.youtube.com/watch?v=8SaexlT2cxc | 0:00 - 0:51 | Brad Arnold |
| https://www.youtube.com/@wewinusa | WEWIN | https://www.youtube.com/watch?v=J89FEF6202A | 00:03 - 00:06 | https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4397fcf3-8810-4214-ad20-80972875ccd2&q=lava%20gate%20mustang | 2:49 - 2:52 | Brandon Clement |
| https://www.youtube.com/@wewinusa | WEWIN | https://www.youtube.com/watch?v=HnSLB10Io7M | 14:48 - 15:10 | https://www.youtube.com/watch?v=66Yte03B3Lo | 0:56 - 2:34 | Chris Tangey |
| https://www.youtube.com/@wewinusa | WEWIN | https://www.youtube.com/watch?v=itUq8lnzbZo | 00:19 - 00:27 | https://www.youtube.com/watch?v=rjCMX6g0cvY | 0:02 - 0:10 | Brian Emfinger |
| https://www.youtube.com/@wewinusa | WEWIN | https://www.youtube.com/shorts/19QR2Rm1RWY | :00 - :13 | https://fb.watch/joeNS0CwuS/ | 0:03 - 0:16 | Reed Timmer |
| https://www.youtube.com/@wewinusa | WEWIN | https://www.youtube.com/watch?v=ifMNdwJY6-s | :29 - :32 | https://www.youtube.com/watch?v=ic7P9fz3yYQ | 3:00 - 3:03 | Reed Timmer |
| https://www.youtube.com/@wewinusa | WEWIN | https://www.youtube.com/watch?v=IIHMfv634i4 | 7:48 - 8:11 | https://www.youtube.com/watch?v=66Yte03B3Lo | :56 - 2:34 | Chris Tangey |
| https://www.youtube.com/@wewinusa | WEWIN | https://www.youtube.com/watch?v=EFVveSoQt3c | 1:21 - 1:24 | https://www.youtube.com/watch?v=hxqzcajBCNg | 0:29 - 0:32 | Brandon Clement |
| https://www.youtube.com/@wewinusa | WEWIN | https://www.youtube.com/watch?v=EFVveSoQt3c | :46 - 1:00 | https://fb.watch/joeNS0CwuS/ | 0:01 - 0:30 | Reed Timmer |
| https://www.youtube.com/@wewinusa | WEWIN | https://www.youtube.com/watch?v=EFVveSoQt3c | 3:38 - 4:16 | https://www.youtube.com/watch?v=al8yTiCVfro | :16 - 2:21 | Max Olson |
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=ENcKltJ9Ejw | 3.51 - 3.54 | https://www.youtube.com/watch?v=oagszCmJLpU | 3:40 - 3:43 | Mike Olbinski |
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=HSsmq3MNYx0 | 24.20 - 24.26 | https://www.youtube.com/watch?v=E-8F5Jo8zSQ | 7:43 - 7:50 | Pecos Hank |
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=hsQoUxCDe3o | 6.39 - 6.41 | https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4397fcf3-8810-4214-ad20-80972875ccd2&q=lava%20gate%20mustang | 2:02 - 2:07 | Brandon Clement |

| Channel URL | Name | Infringement URL | Timestamp | Video Source | Source Timestamps | Videographer Name |
|---|---|---|---|---|---|---|
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=5w6AdJNSzGs | 0.59 - 1.01 | https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4397fcf3-8810-4214-ad20-80972875ccd2&q=lava%20gate%20mustang | 3:32 - 3:50 | Brandon Clement |
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=hsQoUxCDe3o | 24.37 - 24.43 | https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4397fcf3-8810-4214-ad20-80972875ccd2&q=lava%20gate%20mustang | 3:25 - 3:35 | Brandon Clement |
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=hsQoUxCDe3o | 7.29 - 7.31 | https://www.youtube.com/watch?v=Q7X3fyId2U0 | 3:09 - 3:13 | Pecos Hank |
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=iIfwbiPzyIA | 0.29 - 0.33 | https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4397fcf3-8810-4214-ad20-80972875ccd2&q=lava%20gate%20mustang | 3:37 - 3:50 | Brandon Clement |
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=ItYE6y0zMgI | 1.25 - 1.28 | https://www.youtube.com/watch?v=ic7P9fz3yYQ | 3:30 - 3:34 | Reed Timmer |
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=uFW4basIxQg | 4.02 - 4.05 | https://www.youtube.com/watch?v=Gfr8MExtDYI | 6:28 - 6:31 | Pecos Hank |
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=uFW4basIxQg | 3.47 - 3.51 | https://www.youtube.com/watch?v=Gfr8MExtDYI | 8:02 - 8:06 | Pecos Hank |
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=uFW4basIxQg | 2.10 - 2.14 | https://www.youtube.com/watch?v=Gfr8MExtDYI | 11:39 - 11:43 | Pecos Hank |
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=uFW4basIxQg | 3.13 - 3.19 | https://www.youtube.com/watch?v=3Qu9wR03GVA | 1:49 - 2:00 | Reed Timmer |
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=uFW4basIxQg | 2.56 - 3.00 | https://www.youtube.com/watch?v=3Qu9wR03GVA | 1:06 - 1:16 | Reed Timmer |
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=uFW4basIxQg | 0.27 - 0.31 | https://www.youtube.com/watch?v=Gfr8MExtDYI | 10:13 - 10:17 | Pecos Hank |
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=uFW4basIxQg | 0.12 - 0.14 | https://www.youtube.com/watch?v=ARd7iILpm1M | 6:54 - 6:56 | Reed Timmer |
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=QIEhOdgKm1I | 1.00 - 1.03 | https://www.youtube.com/watch?v=D0NUlyV4ViM | 0:22 - 0:25 | Mike Olbinski |
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=cJKrBZQS4lo | 3:54 - 4:01 | https://www.youtube.com/watch?v=sVDh1M1nGrA | 2:40 - 2:46 | Pecos Hank |
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=cJKrBZQS4lo | 00:56 - 1:00 | https://www.youtube.com/watch?v=08pjMHKCvxo&ab_channel=PecosHank | 0:00 - 0:04 | Pecos Hank |
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=dSYkMnwwHGE | 2:08 - 2:16 | https://www.youtube.com/watch?v=08pjMHKCvxo | 1:25 -1:33 | Pecos Hank |
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=p3-8iCqQr4U | 1:26 - 1:32 | https://www.youtube.com/watch?v=WFx9y4g9kNc | 0:31 - 0:39 | Pecos Hank |

| Channel URL | Name | Infringement URL | Timestamp | Video Source | Source Timestamps | Videographer Name |
|---|---|---|---|---|---|---|
| https://www.youtube.com/@WhatIfScienceShow | What If | https://www.youtube.com/watch?v=p3-8iCqQr4U | :03 - :05 | https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4397fcf3-8810-4214-ad20-80972875ccd2&q=lava%20gate%20mustang | 2:03 - 2:06 | Brandon Clement |