# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM LLC, <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE UPLOADERS LISTED ON SCHEDULE A, <br><br> Defendants. | CASE NO.: 3:23-cv-04300-JSC <br><br> **[PROPOSED] ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTION FOR RELATED CASES** |

This matter came before the Court on Plaintiff VIRAL DRM LLC's administrative motion to designate related case and to transfer Case Number 3:23-cv-05045 to the Honorable Jacqueline Scott Corley.

The Court, having found good cause, hereby GRANTS Plaintiff's motion. Case Number 3:23-cv-05045 is deemed a related case and the matter will be transferred to Honorable Jacqueline Scott Corley.

**DONE AND ORDERED** in  San Francisco , California, this 6th day of Oct. , 2023.

_____
UNITED STATES DISTRICT JUDGE
HON. JACQUELINE SCOTT CORLEY