Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

Counsel for Plaintiff
Viral DRM LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:23-cv-05045 |
| Plaintiffs, | **DECLARATION OF BRANDON CLEMENT** |
| v. | |
| YOUTUBE UPLOADERS LISTED ON SCHEDULE A, | |
| Defendant. | |

I, Brandon Clement, declare and say:

1.  I am a principal and one of the owners of Viral DRM LLC. Viral DRM is an Alabama limited liability company that helps clients protect the copyright to video content, especially content depicting extreme weather events. I am also CEO of WXchasing LLC a Mississippi limited liability company. Both companies are affiliated with Live Storms Media LLC, an Alabama limited liability company that acts as a licensing broker of video content owned by or exclusively licensed to Viral DRM and WXchasing.

2.  I make this declaration in support of Plaintiff's Motion for Subpoena to Google, LLC.

3.  Viral DRM's investigation into the piracy of its copyrighted works by the YouTube Uploaders Listed on Schedule A to the Complaint identified the YouTube channels listed on Schedule A that have copied and pirated Viral DRM's original works of authorship created by me or

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

1  by one of the other authors/creators who exclusively licensed to Viral DRM their works for
2  distribution and syndication pursuant to written agreements that provide Viral DRM with the
3  necessary rights to sue for the infringements at issue in this case. Many of the works discovered
4  recently contained watermarks and embedded metadata copyright management information
5  identifying them as the property of WXchasing, Viral DRM or the video's creators.

6      4.    Attached to the Complaint as Schedule A is a list of YouTube channels and YouTube
7  videos that Viral DRM discovered, all of which show extreme weather event videos, and all of
8  which infringe upon Viral DRM's copyrights.

9      5.    The channels listed in Schedule A to the Complaint are extremely popular and
10 valuable. These YouTube channels earn significant revenue from the display of pirated video
11 content.

12     6.    As with the works already identified in the complaint in this case, all the works at
13 issue in this case are valuable for displaying on YouTube and Facebook. All the works at issue show
14 dramatic weather events that make for compelling and interesting viewing by interested viewers
15 worldwide. All the works at issue also can be used to earn money from advertising on YouTube.
16 That is why the YouTube uploaders copied the works.

17     7.    Viral DRM has a reasonable, good faith belief that at least some of the defendants
18 named in this case listed on Schedule A to the complaint are working together with the newly
19 discovered YouTube Uploaders or are the same as the newly discovered YouTube Uploaders.

20     8.    Viral DRM seeks to obtain the true identities of the defendants pursuant to subpoena
21 to Google, LLC under 17 U.S.C. § 512(h) without notice to the defendants so that these new
22 uploaders may be expeditiously identified.

23     9.    All the channels listed on Schedule A to the Complaint hereto are monetizing the
24 videos they stole from Viral DRM. Monetizing videos on YouTube involves enabling
25 advertisements to be displayed on your videos, which allows you to earn money through the
26 YouTube Partner Program payable to the channel through their Google AdSense accounts.

27     10.    The proposed subpoena submitted to the Court includes requests for information
28 about the identities of the YouTube channel owners listed on Schedule A to the Complaint and the

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

identities of the YouTube AdSense Account holders who receive advertising revenue for videos displayed on those channels.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 10, 2023.

*Michael Brandon Clement*

BRANDON CLEMENT

Verified by signNow
10/10/2023 18:42:34 UTC
e9cb37fb49274a749b7b

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

3