UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE UPLOADERS LISTED ON SCHEDULE A,<br><br>Defendants. | CASE NO.: 3:23-cv-05045-JSC<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE MOTION FOR A SUBPOENA TO GOOGLE LLC** |

This matter came before the court on plaintiff VIRAL DRM LLC's motion for leave pursuant to Rule 26(d)(1) to issue and serve a subpoena to service provider Google, LLC for identification of the alleged infringers listed in Schedule A to the Complaint on an expedited basis and on condition that Google not provide notice to the individuals whose YouTube channels are listed in Schedule A to the Complaint that their information is being disclosed, and the Court, having considered the motion and supporting documentation, and Google, LLC having been given notice of the motion and an opportunity to be heard, hereby grants the motion and orders Google, LLC to comply with the subpoena attached to the plaintiff's motion, and to comply without notice to the individuals whose YouTube channels and associated Google AdSense accounts are identified by Google, LLC based on the information provided in Schedule A to the Complaint.

**DONE AND ORDERED** in _____, California, this __ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE
HON. JACQUELINE SCOTT CORLEY