Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
Matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Viral DRM LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:23-cv-05045-JSC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| YOUTUBE UPLOADERS LISTED ON SCHEDULE A, | |
| Defendants. | |

The undersigned does hereby certify that on October 18, 2023, I served, via electronic mail, the Subpoena and a Copy of ECF 20 to Google LLC ("Google") by emailing it to Google's counsel, Mr. David Kramer, Wilson Sonsini, at dkramer@wsgr.com. Counsel accepted service, effective October 23, 2023.

DATED:  October 26, 2023            Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff  Viral DRM LLC*