UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>YOUTUBE UPLOADERS LISTED ON SCHEDULE A, et al.,<br><br>        Defendants. | Case No. 3:23-cv-05045-JSC<br><br>**ORDER DIRECTING PLAINTIFF TO AMEND COMPLAINT** |

For the reasons discussed at the Case Management Conference on January 17, 2024, Plaintiff is ORDERED to file an amended complaint.  Plaintiff cannot simply correct the docket to reflect the proper names of Defendants.  (Dkt. No. 23.)  Plaintiff shall file its amended complaint by February 1, 2024.  Any amended complaint shall allege facts that support the personal jurisdiction and joinder issues set forth in the Court's Orders in the related cases.  *See* No. 23-4300, Dkt. No. 66; No. 23-5994, Dkt. No. 33.

Defendant Michelle Ritchie's ex parte application for an extension of time to respond to the Complaint (Dkt. No. 28) is DENIED AS MOOT in light of this Order.  Because Plaintiff must file an amended complaint to address the matters discussed, there is no operative pleading for which a response is due.

The Court sets a further Case Management Conference for February 8, 2024 at 1:30 p.m. via Zoom video.  Plaintiff shall serve by email a copy of this Order on all Defendants and file a proof of service.

This Order disposes of Docket No. 28.

**IT IS SO ORDERED.**

Dated: January 17, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge