# Exhibit 1

| Link to Infringement | Original Source | Registration Status | Title of Work | Author | CMI Claim | False Counternotice Claim |
|---|---|---|---|---|---|---|
| https://www.youtube.com/watch?v=ahYVryMYT4M | https://www.youtube.com/watch?v=66Yte03B3Lo | Not Registered | Firenado" Australia in HD- at actual speed. | Chris Tangey | Y | Y |
| https://www.youtube.com/watch?v=o3nJrsn-Z-Q | https://www.youtube.com/watch?v=ic7P9fz3yYQ | Not Registered | Full evolution of beautiful tornado near Wray, CO on May 7, 2016 | Reed Timmer | Y | Y |
| https://www.youtube.com/watch?v=7Oa78s4zmyg | https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4397fcf3-8810-4214-ad20-80972875ccd2&q=lava%20gate%20mustang | PA 2-246-408 | Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today. | Brandon Clement | N | Y |
| https://www.youtube.com/watch?v=MpEtc-Wizjs | https://www.youtube.com/watch?v=ic7P9fz3yYQ | Not Registered | Full evolution of beautiful tornado near Wray, CO on May 7, 2016 | Reed Timmer | Y | Y |
| https://www.youtube.com/watch?v=GGvGCS9lS6A | https://www.youtube.com/watch?v=hGLSSUHrOeE | PA 1-876-017 | 2/10/13 Hattiesburg, MS; Tornado RAW *John Sibley HD* | John Sibley | Y | Y |
| https://www.youtube.com/watch?v=L9MNQtDYJDo | https://www.youtube.com/watch?v=mi-xSAUSFFA | Not Registered | The Chase (4K) | Mike Olbinski | N | N/A |
| https://www.youtube.com/watch?v=AmNbrCasNcU | https://www.youtube.com/watch?v=Y-LPERlRHYA | Not Registered | Lightning Striking Tree in 4K - Tree Catches on Fire !!! | Hank Schyma | Y | N/A |
| https://www.youtube.com/watch?v=SZpQEQ7wLF4 | https://www.youtube.com/watch?v=njms4iu9q_8 | Not Registered | Terrifying encounter when lightning strikes close to a Qantas plane in Sydney Australia | Daniel Shaw | Y | Y |