1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VIRAL DRM LLC,<br><br>                                                    Plaintiff,<br><br>v.<br><br>FRANCISCO MORANTE FUENTES,<br><br>                                                    Defendant. | Case No.:  3:23-cv-05045-JSC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT FRANCISCO MORANTE FUENTES** |

On July 10, 2024, this Court entered default against FRANCISCO MORANTE FUENTES ("FUENTES") [ECF 60].

On October 3, 2024, Plaintiff Viral DRM LLC ("Plaintiff") moved for entry of default judgment pursuant to Fed. R. Civ. P. 55(b)(2).

NOW THEREFORE, considering all papers and matters presented for good cause shown, JUDGMENT IS ENTERED IN FAVOR OF VIRAL DRM LLC AND AGAINST FRANCISCO MORANTE FUENTES ("Fuentes" or "Defendant"):

**JUDGMENT IS ENTERED AS FOLLOWS:**

**A.  Plaintiff's application for default judgment is GRANTED.**

**B.  Permanent Injunctive Relief:**

1.      Defendant, its officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any one or more of them, who receive actual notice by personal

1

1   service or otherwise IS HEREBY PERMANENTLY RESTRAINED AND ENJOINED from:

2              i.       Directly or indirectly infringing Plaintiff's copyrights or continuing to market,

3   offer, sell, dispose of, license, lease, transfer, publicly display, advertise,

4   reproduce, develop, or manufacture any works derived or copied from any of

5   Plaintiff's copyrighted works or to participate or assist in any such activity;

6   and/or

7              ii.     Directly or indirectly reproducing, displaying, distributing, otherwise using, or

8   retaining any copy, whether in physical or electronic form, of any copyrighted

9   works.

10  **C.  Statutory Copyright Damages:**

11      1.      Plaintiff shall recover $300,000.00 in statutory damages from FUENTES for copyright

12  infringement.

13  **D.  Statutory Damages for Removal of Copyright Management Information:**

14      1.      Plaintiff shall recover $150,000.00 in statutory damages for FUENTES's removal of

15  copyright information.

16  **E.  Bad Faith and False Counternotice Damages:**

17      1.      Plaintiff shall recover a total of $15,000.00 in statutory damages for FUENTES's six

18  bad faith and false counternotices.

19  **F.  Amount Plaintiff Shall Recover From the Defendant:**

20      1.      Plaintiff shall recover $465,000.00 from FUENTES for copyright infringement,

21  removal of copyright management information and damages for bath faith and false counternotices.

22  **G.  Post-Judgment Interest:**

23      1.      Plaintiff shall recover post judgment interest at the applicable rate from the date of

24  entry of this judgment.

25  **H.      Order Directing Google LLC to Disclose Amount in AdSense's Accounts and Order**

26  **Directing Google LLC to Pay Over Funds to Plaintiff:**

27      1.      This Order shall apply to the defendant, the defendant's YouTube channel, and any

28  other YouTube channels, websites, or financial accounts which are being used by the defendant for

1  the purpose of pirating the plaintiff's copyrighted works. Defaulting Defendants and all financial

2  institutions, payment processors, banks, escrow services, money transmitters, or marketplace

3  platforms, including but not limited to, Defendant's Google Accounts, YouTube Accounts, and

4  AdSense Accounts and their related companies and affiliates on which this court imposed restraints

5  under the Preliminary Injunction are ordered to continue those restraints until the judgment is fully

6  satisfied the funds restrained to satisfy the monetary judgments and pay those funds over to Plaintiff.

7       2.      Within five business days of being served this judgment, Google LLC is ordered to

8  provide Plaintiff with the balances of the Defendant's AdSense accounts.

9       3.      Within five business days thereafter, Google LLC shall pay over the amounts in those

10  accounts in satisfaction of the judgment. If, after paying over the amounts in those accounts, the

11  judgment remains unsatisfied in whole or in part, then the restraint shall continue in place until the full

12  amount of the judgment owed to the Plaintiff is satisfied.

13       This is a FINAL JUDGMENT for which execution shall issue.

14       The Court denies all relief not granted in this judgment.

15  **SO ORDERED.**

16

17  DATED:

18  _____
    UNITED STATES DISTRICT JUDGE
19  HON. JACQUELINE SCOTT CORLEY

20

21

22

23

24

25

26

27

28

3