Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Viral DRM LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:23-cv-05045-JSC |
| Plaintiff, | **DECLARATION OF MATTHEW L. ROLLIN** |
| v. | |
| FRANCISCO MORANTE FUENTES, | |
| Defendant. | |

I, Matthew L. Rollin, declare and say:

  1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff VIRAL DRM LLC ("Viral DRM") in the above-captioned matter. I make this Declaration, which is filed in support of Viral DRM's Response to the Court's Order to Show Cause and I could and would testify competently to the matters set forth herein.

  2. The videographers at issue in the above caption matter are: 1) Chris Tangey; 2) Reed Timmer; 3) Brandon Clement; 4) John Sibley; 5) Mike Olbinski; 6) Pecos Hank; and 7) Daniel Shaw.

  3. Attached hereto as Exhibit 1, are true and correct copies of the following agreements between Viral and LSM: ASSIGNMENT AND TRANSFER OF MEMBERSIDP INTEREST AGREEMENT and Viral DRM/Live Storms Media Mutual Interest Agreement.

1

Declaration of Matthew L. Rollin

4.	Attached hereto as Exhibit 2 is the Declaration of Chris Tangey.

5.	Attached hereto as Exhibit 3 is the Declaration of Reed Timmer.

6.	Attached hereto as Exhibit 4 is the Declaration of Brandon Clement.

7.	Attached hereto as Exhibit 5 is the Declaration of John Sibley.

8.	Attached hereto as Exhibit 6 is the Declaration of Mike Olbinski.

9.	Attached hereto as Exhibit 7 is the Declaration of Pecos Hank.

10.	Attached hereto as Exhibit 8 is the Declaration of Daniel Shaw.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 21, 2025

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN

2
Declaration of Matthew L. Rollin