UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM LLC,<br>　　　　Plaintiff,<br>　　v.<br>FRANCISCO MORANTE FUENTES,<br>　　　　Defendant. | Case No. 3:23-cv-05045-JSC<br><br>**JUDGMENT** |

Having dismissed this action without leave to amend by Order filed March 14, 2025, the Court enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: March 14, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge